## DuBois Brewing Company's License.

OPINION BY HENDERSON, J., March 7, 1917:

This appeal involves the same question considered in the application of E. D. Schwem Company for a license to sell liquor at wholesale, in which an opinion was this day filed. The cases were argued at the same time and the judgment in that case controls the decision here. For the reasons there given the order of the Court of Quarter Sessions in this case is reversed at the cost of the appellee.

---

## Flynn's License.

OPINION BY HENDERSON, J., March 7, 1917:

This appeal involves the same question considered in the application of E. D. Schwem Company for a license to sell liquor at wholesale, in which an opinion was this day filed. The cases were argued at the same time and the judgment in that case controls the decision here. For the reasons there given the order of the Court of Quarter Sessions in this case is reversed at the cost of the appellee.

---

## Commonwealth *v*. Kline, Appellant.

*Criminal law—Abortion—Dying statement of woman.*

On the trial of an indictment for abortion against a physician, it is not error to admit as a dying declaration a sworn statement by the woman, made on the same day and a short time before she died, and under the impression that she would not live, setting forth an account of her visit to the office of the defendant, and describing his actions with reference to her.

In such a case the Commonwealth is not required to show that when the statement was presented to the woman for her signature she said that she made it with the belief that she was about to die.